**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1827**

DOREKA JONES,

Plaintiff - Appellant,

and

TINA MAYFIELD; ANGELA DAVIS; GREG POWELL;
YVETTE MANNING; TAMIKA CHANEY; MARSAILLE
POWELL,

Plaintiffs,

verus

PIZZA HUT OF NEW BERN, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (4:04-cv-00004-H)

Submitted: December 14, 2006      Decided:  December 18, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Doreka Jones, Appellant Pro Se.  Kevin S. Simon, FISHER & PHILLIPS,
LLP, Chicago, Illinois, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doreka Jones appeals the district court's order granting summary judgment for her employer and dismissing her civil action alleging employment discrimination in violation of 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. Pizza Hut of New Bern, Inc.</u>, No. 4:04-cv-00004-H (E.D.N.C. Aug. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>